UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jordan Anthony Gray**                          **Docket No. 5:21-CR-413-1D**

### Petition for Action on Supervised Release

COMES NOW Taylor R. Westphalen, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jordan Anthony Gray, who, upon an earlier plea of guilty to Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. §§ 924(c) and 924(c)(1)(A)(i), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on July 20, 2022, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Gray was released from custody on September 10, 2025, at which time the term of supervised release commenced.

Case reassigned to the Honorable James C. Dever III, U.S. District Judge, on April 7, 2026.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant tested positive for marijuana on April 3, 2026. He admitted substance use at the time of testing and maintained honesty in discussing the situation. It is respectfully recommended that a condition for substance use treatment and testing be added to appropriately address underlying concerns and monitor progress. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Taylor R. Westphalen
> Taylor R. Westphalen
> Senior U.S. Probation Officer
> 310 New Bern Avenue, Room 610
> Raleigh, NC 27601-1441
> Phone: 919-861-8698
> Executed On: April 7, 2026

### ORDER OF THE COURT

Considered and ordered this ____8____ day of __April_____, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
United States District Judge